UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.  16-cv-62313-BB

DEBORAH LIPSKI

    Plaintiff,
vs.                                                                                       CONSENT

REMIX T-SHIRT COMPANY, LLC,
FRED OLIVO and CHRISTINA
GOFFE

    Defendants.
_____/

ORDER

THIS MATTER came before the Court on the parties' Joint Motion for to Dismiss with Prejudice pursuant to Rule 41.  This is a case arising under the Fair Labor Standards Act ("FLSA").

The parties appeared at a settlement conference and settled the case.  The terms of the settlement were read into the record.  The Court determined the settlement was a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the FLSA, *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982), and 29 U.S.C. § 216, given there were numerous bona fide disputes including but not limited to such issues as how many hours per week Plaintiff worked for Defendants; whether Plaintiff suffered retaliation under the FLSA; and, whether Defendants acted in good faith.  The Court finds that the compromise reached by the parties is a fair and reasonable Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs) is hereby **APPROVED**. It is further

**ORDERED AND ADJUDGED** that all pending motions are denied as moot and this case is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs except as otherwise provided in the Settlement Agreement. The Court retains jurisdiction to enforce the terms of the Settlement Agreement until August 15, 2017.

DONE AND ORDERED, in Fort Lauderdale, Florida, this_____ day of January, 2017.

_____
UNITED STATES MAGISTRATE

Copies to Counsel of Record via CM/ECF